JOHN S. LEONARDO
United States Attorney
District of Arizona
KAREN E. ROLLEY
ARTURO A. AGUILAR
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: karen.rolley@usdoj.gov
arturo.aguilar@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

MAR 1 2 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 13-01493-CKJ (CRP) |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | Violations: 18 U.S.C. § 1589(a) |
| CHAMPAIGN LESHAY WELLS, | (Obtaining or Providing Forced Labor) |
| Defendant. | (Felony) |

Beginning on or at least January 14, 2013 and continuing through on or about January 29, 2013 in Tucson in the District of Arizona and elsewhere, the defendant, CHAMPAIGN LESHAY WELLS, did knowingly provide and obtain the labor and services of P.B. by means of a scheme, plan, and pattern, intended to cause P.B. to believe that if P.B. did not perform such labor and services, that P.B. would suffer serious harm or physical restraint, in violation of Title 18 United States Code Sections 2 and 1589(a)(d).

Dated this 26th day of February, 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s/*
Assistant U.S. Attorney