IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Tucson                           **CRIMINAL MINUTES**

CR 13-01493-002-TUC-CKJ(CRP)                              Date: 11/25/2014
CASE NUMBER

Hon. CINDY K. JORGENSON, United States District Judge          Judge #: 7029

USA v. Champaign Ann Leshay Wells

DEFENDANT: ☒ Present ☐ Not Present ☒ Released ☐ Custody ☐ Writ

Deputy Clerk Jill Tarlton                 Crt Rptr: Mary Riley

U.S. Atty: Karen Rolley/Arturo A. Aguilar  Intrptr: N/A

Dft Atty: Harriette P. Levitt, CJA Appointed    ☒ Present

Victim Atty: Laura Conover, AFPD                 ☒ Present

### JUDGMENT    [SENTENCE]

☒ Defendant is placed on supervised probation for a period of 60 Months

☒ Fine is Waived                                  TOTAL FINE Waived

☒ Restitution of $425.00 imposed

☒ Special Assessment of $100.00

☒ On Motion of U.S. Atty: Indictment is dismissed

☒ Addt'l conditions probation: 1) You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer. 2) You shall submit your person, property, house, residence, vehicle, papers, computers as defined in 18 U.S.C. 1030(e)(1), other electronic communications or data storage devices or media, or office, to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition. 3) You shall provide the probation officer access to any requested financial information. 4) You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.
5) You shall abstain from all use of alcohol or alcoholic beverages. 6) You shall pay the $100 special assessment and $425.00 restitution at a rate of not less than $50.00 per month beginning 60 days from today. 7) You shall not contact the following victim, P.B., and the probation officer will verify compliance.

☒ Other: Laura Conover, counsel for the victim, makes statements to the Court regarding her client.

Sentencing: 40 min